IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

MUNICIPALITY OF DOTHAN,            )
                                   )
    Plaintiff,                     )
                                   )
v.                                 )     CIVIL CASE NO. 1:24-cv-289-ECM
                                   )
KETAVIOUS JAVON HAMMOND,           )
                                   )
    Defendant.                     )

**MEMORANDUM OPINION and ORDER**

On June 28, 2024, the Magistrate Judge entered a Recommendation (doc. 5) to which no timely objections have been filed.  Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1.    The Recommendation of the Magistrate Judge (doc. 5) is ADOPTED;

2.    This case is summarily REMANDED to the municipal court of Dothan, Alabama;

3.    The Clerk of the Court is DIRECTED to take all steps necessary to effectuate the remand to the municipal court of Dothan, Alabama.

DONE this 22nd day of July, 2024.

           /s/ Emily C. Marks
           EMILY C. MARKS
           CHIEF UNITED STATES DISTRICT JUDGE